# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MARTINEZ, CDCR # BI-3959,<br><br>                       Plaintiff,<br><br>vs.<br><br>JOSHUA ROCHA, E. DE LA PARRA, A. TRUJILLO,<br><br>                       Defendants. | Case No.: 3:24-cv-1750-AJB-BLM<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILURE TO PROSECUTE** |

## I.    INTRODUCTION

On September 27, 2024, Armando Martinez ("Plaintiff"), a state inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. He filed a motion to proceed in forma pauperis ("IFP") on October 15, 2024. ECF No. 2. On February 24, 2025, the Court granted Plaintiff's IFP motion and dismissed the original complaint without prejudice for seeking money damages from immune defendants and for failure to state a claim. ECF No. 5. The Court gave Plaintiff 60 days, or until April 24, 2025, to file an amended complaint. *Id.* at 8. Plaintiff was also cautioned that his failure to respond to the Court's dismissal Order by filing a timely amended complaint would result in the Court entering a final Order of dismissal of this action. *Id*. at 9.

## II. DISCUSSION

The time for Plaintiff to respond to the Court's Order has passed and the Court has received no communication from Plaintiff. The failure of the plaintiff eventually to respond to the court's ultimatum–either by amending the complaint or by indicating to the court that [he] will not do so–is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (the Court has discretion to *sua sponte* dismiss a case for lack of prosecution or failure to comply with a court order); *see also* Fed. R. Civ. P. 41(b) (providing for involuntary dismissal for failure to prosecute or comply with the federal rules or court order).

## III. CONCLUSION AND ORDER

The Court **DISMISSES** this civil action in its entirety based on Plaintiff's failure to state a plausible § 1983 claim and his failure to prosecute this action. The Court **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED.**

Dated: June 6, 2025

Hon. Anthony J. Battaglia
United States District Judge